ZNC LAW | Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd
Floor 7
Bridgeport, CT 06604

Via ECF
Hon. Jesse M. Furman, U.S.D.J.
United States District Court – Southern District of New York

**Re: Pacelli v. NR West 56th Street LLC et al, 1:25-CV08700-JMF & Pacelli v. 56 Unlimited LLC et al, 1:26-cv-09982-JMF**

Dear Judge Furman,

Pursuant to Your Honor's Individual Rule 3(D), Plaintiff's counsel hereby files a letter motion to raise discovery disputes with the Court.

1. Defense Counsel represents to Plaintiff's Counsel that they are unable to provide truthful discovery responses on behalf of Defendant NR West 56th Street LLC because they are not authorized to represent Defendant NR West 56th Street LLC, despite each of the three Defense Lawyers appearing on behalf of NR West 56th Street LLC and making a multitude of filings on its behalf since this case began;

2. Defense Counsel will not provide Plaintiff's Counsel with a date-certain that Plaintiff's Counsel will be given supplemented written discovery responses— that do not contain perjurious answers— other than the date this Honorable Court ordered fact discovery will close by (ECF #71), December 17, 2026.

3. Defendants represented in their depositions that they have more responsive documents to Plaintiffs' requests for production, but still have not produced them.

Plaintiff was unsuccessful in meeting and conferring with Defendants' counsel to resolve this dispute. Plaintiffs' counsel emailed Defense Counsel on November 14, 2026, asking for compliance. Defense lawyer Srdjan Milenkovic replied on November 17, 2026, stating: "We are working with our clients on the interrogatory responses, document production, responses to requests for admission, and the additional materials, and we will provide them as promptly as possible." Plaintiff's counsel called Attorney Milenkovic on November 18, 2026, asking about the issues, but Attorney Milenkovic could not give Plaintiff's counsel a date for when the discovery would be completed except for December 17, 2026, and additionally represented to Plaintiff he'd be filing a motion to withdraw from representing Defendant NR West 56th Street LLC because it was a "misunderstanding" that Defense Counsel ever filed an appearance on its behalf.

To date, however, Plaintiffs do not have the above-mentioned written discovery items from Defendants nor an expected date to receive them.

Per this Honorable Court's order (ECF #71), the deadline for fact discovery is December 17, 2026. There is no currently scheduled next pretrial conference for this case.

Furthermore, since the last time the parties met with Your Honor on a November 13, 2026 telephone conference, Plaintiff has filed a related action (1:26-cv-09982-JMF) against the parties implicated in the Defendants' depositions to date. Service of process is underway in such case— Attorney Milenkovic stated he is not authorized to accept service on behalf of New Defendants 56 Unlimited LLC, nor Alan Vargas.

Therefore, pursuant to Your Honor's Individual Rule 3(D), Plaintiff seeks a conference with this Court to resolve these deficiencies by ordering a date-certain for such material to be given to Plaintiffs' counsel in the immediate future and to discuss the issue of Defense Counsel mistakenly representing Defendant NR West 56th Street LLC since December 3, 2025.

For scheduling purposes, Plaintiff's counsel represents to this Honorable Court that remote depositions for this case are scheduled for the following dates and times next week:

- 11/24/2026, 10 AM
- 11/25/2026, 10 AM
- 11/25/2026, 2 PM
- 11/27/2026, Time to be determined.

These dates, however, were scheduled before Plaintiffs' Counsel knew that Defendant, NR West 56th Street, LLC, may not be represented in this matter.

Plaintiff shall respond to this letter no later than **November 23, 2026**, at **10:00 a.m.**, and the parties to 25-CV-8700 shall appear for a teleconference on **November 23, 2026,** at **4:00 p.m.** This teleconference does not apply to 26-CV-9982. The Court will await service on Defendants in that case before taking action.

By: /s/
Jeremy C. Virgil
Kyle D. Souza

Cc: Srdjan Milenkovic, Esq. (via Email)
Lila Ayers, Esq. (via Email & ECF)
Stanley Milton Wayne, Esq. (via Email & ECF)

The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, no later than 24 hours before the conference, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

The Clerk of Court is directed to terminate ECF No. 72 in 25-CV-8700, and ECF No. 17 in 26-CV-9982, and to docket this order in both cases. SO ORDERED.



November 19, 2026